```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

     JAN 1 1 2005    DJ
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAFECO INSURANCE COMPANY OF AMERICA, an insurance company authorized to do business in Washington,

Plaintiff,

vs.

DONALD E. SAVARD CO., doing business as DESCO, a corporation of the State of California, doing business in the State of Washington,

Defendant.

No. **CV5 0051 RSM**

PLAINTIFFS' COMPLAINT FOR DAMAGES

05-CV-00051-CMP

---

**COMES NOW** the Plaintiff, by and through its attorneys of record Cole, Lether, Wathen and Leid, P.C., allege and set forth as follows:

### I. JURISDICTION AND VENUE

1.1   Plaintiff SAFECO Insurance Company of America ("SAFECO") is an insurance company authorized to do business in the State of Washington.

1.2   SAFECO insured the property of Johnathan Bolduan and Loretta Bolduan ("Bolduans"), located in Everett, Snohomish County, Washington.

1.3   Defendant Donald E. Savard Co., d/b/a DESCO (hereinafter "DESCO"), is a corporation organized and existing under the laws of the state of California, operating its place of business in San Gabriel, Los Angeles County, California.

COMPLAINT   CASE NO.   - 1
js:F:\FILES\Bolduan, Johnathan 04207\Complaint.wpd

ORIGINAL

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

1.4   Defendant DESCO engages in the design, manufacture and distribution of flexible water connectors and regularly conducts business in Snohomish County, Washington.

1.5   Jurisdiction is properly before this Court pursuant to the United States Constitution, Art. III, § 2, and 28 USCA § 1332, in that the allegations contained herein involve a controversy exceeding $75,000, exclusive of interest and costs, and is between citizens of different States.

1.6   Venue is properly before this Court because the property that is the subject of this action is situated within the Western District of Washington and the events giving rise to the claim occurred in Western District of Washington.

## II. FACTS

2.1   Upon information and belief, Defendant DESCO designed, manufactured and distributed a water supply line marked as "LIL Q-WICK-E USA T12/12" (hereinafter "water supply line").

2.2   In or about 1999, Bolduans purchased the water supply line and had said product installed as a toilet supply line in their residence at 2201 Rucker Avenue, Everett, WA 98201 (hereinafter "residence").

2.3   On or about July 25, 2002, the water supply line failed allowing water to escape.

2.4   As a result of the water supply line failing, the residence sustained damages in an amount exceeding $75,000.00.

2.5   SAFECO paid an amount exceeding $75,000.00 to, or on behalf of, the Bolduans for the damage caused by the water supply line failing.

## III. CAUSE OF ACTION – PRODUCT LIABILITY / NEGLIGENCE

3.1   Defendant had a duty to design and manufacture reasonably safe products.

**COMPLAINT  CASE NO.           - 2**
js:F:\FILES\Bolduan, Johnathan 04207\Complaint.wpd

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

3.2     Defendant had a duty to provide adequate warning and/or instruction with the water supply line to insure the product was reasonably safe.

3.3     Defendant had a duty to provide adequate warning and/or instruction after the water supply line was manufactured, when Defendant learned or should have learned about the danger connected with the product, to insure the product was reasonably safe.

3.4     Defendant breached its duties in designing and manufacturing a faulty water supply line.

3.5     Defendant breached its duties in failing to provide adequate warning and/or instruction with the water supply line making the water supply line defective.

3.6     Defendant breached its duties in failing to provide adequate warning and/or instruction after the water supply line was manufactured, when Defendant knew or should have known about the danger connected with the product, making the water supply line defective.

3.7     Defendant has negligently designed and manufactured the water supply line.

3.8     As a result of Defendant's negligence, the Bolduans sustained damages in an amount exceeding $75,000.00.

3.9     Pursuant to the policy of insurance with SAFECO, policy number OH01372989, SAFECO issued payments to, or on behalf of, the Bolduans for these losses. SAFECO is the equitable and contractual subrogee of the Bolduans' rights to the extent of its payments.

## IV.  PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendant as follows:

4.1     For judgment against Defendant in an amount to be proven at trial;

4.2     Reasonable attorney fees and taxable costs;

**COMPLAINT  CASE NO.                    - 3**
js:F:\FILES\Bolduan, Johnathan 04207\Complaint.wpd

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

4.3   Any and all other such relief as the Court finds just and appropriate.

DATED this __10th__ day of Janaury, 2005.

COLE, LETHER, WATHEN & LEID, P.C.

By: _____
Rick J Wathen, WSBA #25539
Timothy M. Sloan, WSBA #34288
Attorneys for Plaintiff

**COMPLAINT   CASE NO.         - 4**
js:F:\FILES\Bolduan, Johnathan 04207\Complaint.wpd